# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 22, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137999

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 137999
                                       COA: 288477
                                       Oakland CC: 2007-213173-FH

LARRY J. McCALL,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 18, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, C.J., would remand this case to the Court of Appeals for consideration as on leave granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 22, 2009

0415

                                      Clerk